FILED _____ LODGED
_____ RECEIVED
SEP 24 2009
CLERK U.S. DISTRICT COURT
DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

Hon. Judge Bryan

09-CR-05514-ORD

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES AMERICA, | |
| Plaintiff, | CR09-05514 RJB |
| v. | **Order Continuing Trial and Pretrial Motions Deadline** |
| JOEL ANGUIANO, et al., | |
| Defendants. | |

This matter having come on before the undersigned Judge on the stipulated motion to continue the pretrial motions deadline of September 10, 2009 and the trial date of October 5, 2009 and the Court having considered that all but one defendant and the Government join in the motion and considered the motion and all other matters of record and being fully advised in the premises,

The Court hereby finds that the ends of justice will be served by granting the requested continuance and further finds that the need to continue the trial outweighs the interests of the defendants and of the public in a more speedy trial within the meaning of 18 USC § 3161(h)(7)(a) and (b)(iv). The Court further finds that even though defendant Juan Lopez-Anguiano has not yet joined in the motion to continue, his trial is continued because he is joined with his co-defendants whose time for trial has not run. 18 USC § 3161(h)(6).

IT IS HEREBY ORDERED THAT the motion to continue the present trial date from October 5, 2009 and to continue the present pretrial motions deadline of September 10, 2009 is hereby granted.

**Order Continuing Trial and Pretrial Motions Deadline - 1**

*Mair & Camiel, P.S.*
710 Cherry Street
Seattle, Washington 98104
(206) 624-1551 Fax: 623-5951

1   IT IS FURTHER ORDERED THAT the new trial date be set for the 22nd day of February, 2010,
2   at 9:30 AM, and the pretrial conference is rescheduled for February 16, 2010 at 8:30 AM.. The new
3   pretrial motions deadline be set for the 15th day of January, 2010.
4   IT IS FURTHER ORDERED THAT all time between October 5, 2009 and the 22nd day of
5   February, 2010 is excluded in the computation of time under the Speedy Trial Act.
6   DATED this 24th day of September, 2009.

Honorable Robert Bryan
United States District Judge

Presented by:

/s/ Peter A. Camiel
Peter A. Camiel, WSBA #12596
Attorney for Joel Anguiano

**Order Continuing Trial and
Pretrial Motions Deadline - 2**

*Mair & Camiel, P.S.*
710 Cherry Street
Seattle, Washington 98104
(206) 624-1551 Fax: 623-5951