Judge Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. CR09-5514RJB |
| v. | ) | |
| JOAQUIN GALLARDO-ANGUIANO, et al, | ) | ORDER TO SEAL |
| Defendants. | ) | |

Having read the Government's Motion to Unseal for Limited Purpose in the above-captioned case, which was filed under seal, and the Government's Motion to Seal, requesting that the document remain under seal,

It is hereby ORDERED that the Government's Motion to Unseal for Limited Purpose in this matter shall remain sealed.

DATED this 18th day of December, 2009.

*Robert J Bryan*
Robert J Bryan
United States District Judge

Presented by:

 *s/ Patricia C. Lally*
PATRICIA C. LALLY
Washington State Bar No. 28910
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:(206) 553-2619 Fax:(206) 553-4440
Email: Patricia.Lally@usdoj.gov

Order to Seal - Page 1
Gallardo-Anguiano, et al/CR09-5514RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970